621 A.2d 458

IN THE MATTER OF HUGO L. MORAS, AN ATTORNEY AT LAW.

Decided March 19, 1993.

### ORDER

This matter having been presented to the Court on the application of respondent, HUGO L. MORAS, to extend by two weeks the effective date of the six-month suspension from practice ordered by the Court on February 26, 1993, scheduled to commence March 22, 1993, and good cause appearing;

It is ORDERED that the motion for an extension of time is granted and the six-month suspension of respondent shall commence April 5, 1993, and continue until the further Order of the Court.